# United States District Court

WESTERN DISTRICT OF WASHINGTON

JACQUELINE MARUSIC

        v.

MICHAEL J. ASTRUE, Acting
Commissioner of Social Security Administration,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5787RJB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $13,987.75 less the prior EAJA award $4,439.33, less the Title II Attorney's Fees in the amount of $6,000.00, for a net award of attorney's fees in the amount of $3,548.72

   October 20, 2009                                                           BRUCE RIFKIN
                                                                                     Clerk

                                                                        *s/CM Gonzalez*
                                                                By, Deputy Clerk